# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

Court of Appeals No. (If known): 12-15-00047-CV

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/27/2015 4:30:29 PM
CATHY S. LUSK
Clerk

Trial Court Style: EDWIN N. HEALEY vs. E. PETER HEALEY, ET AL

Trial Court & County: Henderson County, Texas  Trial Court No.: 2014C-0638

Date Trial Clerk's Record Originally Due: 03/30/2015

Date Court Reporter's/Recorder's Record Originally Due:

Anticipated Number of Pages of Record: 200-300

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:    (Check all that apply - attach additional pages if necessary.)

☐    to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☒    my duties listed below preclude working on this record:  Clerk of the 173rd district court, pulling files, attending court and working off files from court.

☐    Other.  (Explain.):

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by 04/15/15,  and **I hereby request an additional 15 days** within which to prepare it.  TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

 03/27/2015                              /s/ Amanda Anthony
Date                                          Signature

903-677-7244                          Amanda Anthony

Office Phone Number              Printed Name

 manthony@co.henderson.tx.us              Deputy Clerk

E-mail Address (if available)                 Official Title

 TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

> *Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:
>
> (1) the date and manner of service;
> (2) the name and addresses of each person served; and
> (3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:          Lead Counsel for **APPELLEE(S)**:

Name: Mark J. Healey                          Name:  Roy Killen

Address: 24625 Knox Rd.                       Address:            104      South      Main      St.

Marshall, Mo. 65340-9552                      104    South    Main    St.,    Burleson,    Tx.    76028

Phone no.: 660-886-6538                       Phone no.:   817-447-0053

Attorney for: Pro Se                          Attorney for:   Edwin Healey

Lead Counsel for **APPELLANT(S)**:          Lead Counsel for **APPELLEE(S)**:

Name:                                         Name:

Address:                                      Address:

Phone no.:                                     Phone no.:

Attorney for: _____      Attorney for:


Additional information, if any: